DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUIS N. MCCUTCHEN,**
Appellant,

v.

**NEW PENN FINANCIAL, LLC,** d/b/a **SHELLPOINT
MORTGAGE SERVICING** in substitution for the original
Plaintiff **BANK OF AMERICA, N.A.,**
Appellee.

No. 4D16-2536

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 15-008706 CACE 11.

Catherine A. Riggins, Miami, for appellant.

Erin M. Berger of Kelley Kronenberg, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***